UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH HENDERSON,

    Plaintiff,

v.                                Case No. 3:25cv2100-LC-HTC

JUDGE ELISABETH TIMOTHY, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 6, 2025 (ECF No. 6), recommending that this case be dismissed with prejudice. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A because Plaintiff's claims are barred by judicial

immunity.  Additionally, Plaintiff is a three-striker who failed to pay the full filing fee and who failed to truthfully disclose his litigation history.

    3.    The clerk shall close the file.

**DONE AND ORDERED** this 24th day of November, 2025.

                      s/*L.A. Collier*
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**